**United States District Court**
For the Northern District of California

1

2

3

4

5                  IN THE UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LOUD RECORDS, LLC, et al.              No. C-06-1580 CW (EDL)

9               Plaintiffs,                 **ORDER GRANTING PLAINTIFFS'**
                                            **MOTION FOR ADMINISTRATIVE**
10       v.                                 **RELIEF FOR LEAVE TO TAKE**
                                            **IMMEDIATE DISCOVERY**
11   DOES 1 - 250,

12              Defendants.

13   _____/

14          Finding this matter appropriate for submission without oral argument, the Court will not set a

15   hearing for this motion for administrative relief.

16          Having considered Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-

17   11(a) for Leave to Take Immediate Discovery and Plaintiffs' supporting declarations, and finding

18   good cause therefore,

19          Plaintiffs are granted leave to serve immediately a Rule 45 subpoena on SBC Internet

20   Services Inc., that seeks information sufficient to identify the two hundred and fifty Doe Defendants,

21   including the name, address, telephone number, e-mail address, and Media Access Control addresses

22   for each Defendant.

23          Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used

24   solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

25          By issuing this Order, the Court does not rule on the propriety of joining all the Doe

26   Defendants in this one action.  The immediate discovery Plaintiffs seek may or may not lead to the

27   discovery of evidence that will establish that joinder is proper.  However, as this action was referred

28   //

to this Court strictly as a discovery referral, the issue of joinder will be addressed, if at all, by the trial judge.

**IT IS SO ORDERED.**

Dated: April 10, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge