IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUD RECORDS LLC, | No. C-06-01580 CW (EDL) |
| Plaintiff, | **ORDER RE MOTIONS TO QUASH** |
| v. | |
| DOES 1-250, | |
| Defendant. | |

On June 12, 2006, Margaret Coffman and Bryan Mings filed motions to quash and for a protective order in the above-captioned case. The documents were e-filed on June 14, 2006. The Court hereby requests that Plaintiff file a response to the motions to quash by noon on Friday, June 16, 2006. The response should only address whether the subpoena to SBC Internet Services, Inc. is within the boundaries of the Court's April 10, 2006 Order. This Order only granted Plaintiff leave to serve "a Rule 45 subpoena on SBC Internet Services Inc., that seeks information sufficient to identify the two hundred and fifty Doe Defendants, including the name, address telephone number, e-mail address, and Media Access Control addresses for each Defendant." Plaintiff should attach the subpoena to its response.

**IT IS SO ORDERED.**

Dated: June 14, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge