IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUD RECORDS LLC, | No. C-06-01580 CW (EDL) |
| Plaintiff, | **ORDER DENYING MOTIONS TO QUASH** |
| v. | |
| DOES 1-250, | |
| Defendant. | |

On June 12, 2006, Margaret Coffman and Bryan Mings filed motions to quash in the above-captioned case. The Court ordered Plaintiff to file a response by June 16, 2006. Having reviewed Plaintiff's response and the subpoena at issue, the Court concludes that the discovery sought by Plaintiff is precisely that allowed by the Court's April 10, 2006 Order. The motions to quash accordingly are DENIED.

**IT IS SO ORDERED.**

Dated: June 16, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California